UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| HELEN SUZANNE DEAL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action File <br> ) No. 2:18-cv-00069-RSB-JEG |
| MEDICAL DEPOT, INC. d/b/a <br> DRIVE DEVILBISS <br> HEALTHCARE, HL <br> CORPORATION, (USA), INC., and <br> XYZ Corporations 1-3, | ) |
| Defendants. | ) |

## ORDER DISMISSING DEFENDANT
## MEDICAL DEPOT, INC. WITH PREJUDICE

Plaintiff's Consent Motion to Dismiss Defendant Medical Depot, Inc. ("MDI") With Prejudice is **GRANTED**. All claims against MDI are dismissed with prejudice and MDI is dismissed as a party to this lawsuit. The parties agree that Defendant HL Corporation may reserve the right to argue the negligence or fault of MDI pursuant to O.C.G.A. 51-12-33(d)(1).

**SO ORDERED**, this 1st day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

Order prepared by:

William D. Newcomb
Georgia Bar No. 148484
wnewcomb@carlockcopeland.com
Carlock, Copeland & Stair, LLP
191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303
(404) 522-8220
Attorney for Medical Depot, Inc.